**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF MARYLAND**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **International Realty Partners, LLC** |
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

8  3  –  3  8  9  7  1  3  9

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13014 Woodmore North Blvd.** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Bowie**          **MD**    **20720** | |
| City          State    ZIP Code | City          State    ZIP Code |
| **Prince George's County** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City          State    ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **International Realty Partners, LLC**                                   Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **International Realty Partners, LLC**  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No |

  ☐ Yes. District _____ When _____ Case number _____
                  MM / DD / YYYY

     District _____ When _____ Case number _____
                   MM / DD / YYYY

     District _____ When _____ Case number _____
                   MM / DD / YYYY

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No |

  ☐ Yes. Debtor _____ Relationship _____
       District _____ When _____
                MM / DD / YYYY
       Case number, if known _____

       Debtor _____ Relationship _____
       District _____ When _____
                MM / DD / YYYY
       Case number, if known _____

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |

  ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **International Realty Partners, LLC**          Case number (if known) _____

---

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**          *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**          _____
Number          Street

_____

_____
City          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency          _____

Contact name          _____

Phone          _____

---

## Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000          ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000          ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000          ☐ $50,000,001-$100 million          ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million          ☐ $100,000,001-$500 million          ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000          ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000          ☐ $50,000,001-$100 million          ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million          ☐ $100,000,001-$500 million          ☐ More than $50 billion

Debtor  **International Realty Partners, LLC** _____    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/15/2022**
          MM / DD / YYYY

X  **/s/ Gregory Cherubin** _____
Signature of authorized representative of debtor

**Gregory Cherubin** _____
Printed name

**Managing Member** _____
Title

18.  **Signature of attorney**

X  **/s/ Steven H. Greenfeld** _____    Date  **02/15/2022** _____
Signature of attorney for debtor    MM / DD / YYYY

**Steven H. Greenfeld** _____
Printed name

**Cohen, Baldinger & Greenfeld, LLC** _____
Firm name

**2600 Tower Oaks Blvd.** _____
Number        Street

**Suite 290** _____

**Rockville** _____    **MD**        **20852** _____
City    State    ZIP Code

**(301) 881-8300** _____    **steveng@cohenbaldinger.com** _____
Contact phone    Email address

**06744** _____    _____
Bar number    State

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:   **International Realty Partners, LLC**                    CASE NO

                                                                CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  2/15/2022 _____            Signature   **/s/ Gregory Cherubin** _____
                                                     **Gregory Cherubin**
                                                     **Managing Member**


Date _____            Signature _____

```
Keith Yacko, Esquire
10015 Old Columbia Road
Suite 215
Columbia, MD 21046


Lima One Capital, LLC
201 East McBee Avuene
Suite 300
Greenville, SC 29601


Office of Finance for
Prince George's County, MD
PO Box 1757
Baltimore, MD 21297-1578


Woodmore North Utility Company IV, LLC
c/o Stacy S. Pickett, Esquire
264 Merrimac Court
PO Box 590
Prince Frederick, MD 20678
```